IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL. E. ADAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 05-00317-CG-B |
| MARENGO COUNTY JAIL, | ) ) ) |
| Defendant. | ) |

## **ORDER**

This cause is before the court on the Report and Recommendation of the Magistrate Judge (Doc. 6) and the plaintiff's objection thereto (Doc. 7). The Magistrate Judge recommended that the plaintiff's action be dismissed without prejudice "because Plaintiff has failed to prosecute and to comply with the Court's Order dated October 14, 2005." (Doc. 6 at 1). Upon a de novo review of the Report and Recommendation to which objection is made, the court agrees with the findings of the Magistrate Judge and finds that the plaintiff's action is due to be dismissed without prejudice.

Plaintiff's objection to the Magistrate Judge's Report and Recommendation contends that he could neither prosecute nor comply with the court's October 14, 2005, order, since plaintiff had not received it at his new address with Decatur Work Release "at that time." (Doc. 7 at 1-2). Initially, in an order dated June 8, 2005, the court denied plaintiff's May 31, 2005, motion to proceed without payment of fees and ordered plaintiff to "re-file his motion with the statutorily required copy of his institutional record of his inmate account reflecting transactions in his account for the six-month period immediately preceding the filing of his complaint, along with a certificate completed by an authorized prison official, by July 6, 2005." (Doc. 6 at 2). Upon

discovering plaintiff's new address:

> [B]y Order dated October 14, 2005 (Doc. 5), the Court extended the time for complying with the Court's June 8, 2005 Order to November 3, 2005, and directed the Clerk to send to Plaintiff a copy of both the Court's June 8, 2005 Order (Doc. 3), and a copy of the October 14, 2005 Order (Doc. 5), along with a form for a motion to proceed without prepayment of fees, at his new address with Decatur Work Release.
>
> The above-reference Orders have not been returned to the Court, and to date, Plaintiff has not filed a motion to proceed without prepayment of fees, sought an extension, or paid the $250.00 filing fee.

(Doc. 6 at 2). The record provides a sufficient basis for the Magistrate Judge's Order in that plaintiff failed to proceed under any of the available alternatives.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> review of the Report and Recommendation, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be, and is hereby, **DISMISSED** without prejudice for failure to prosecute and to comply with the court's order.

**DONE and ORDERED** this 16th day of December, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE